**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

GREGORY JOHNSON,       )
                           )
        Plaintiff,       )
                           )
      v.                )     Civ. Case No. 06-111-CV-W-NKL
                           )     Crim. Case No. 03-038-CR-W-NKL
UNITED STATES OF AMERICA,   )
                           )
        Defendant.    )

**CLERK'S JUDGMENT**

☐    Jury Verdict.  This action came before the Court for a trial by jury.

XX    Decision by Court.  This action came to trial or hearing before the Court.
The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the

Honorable Nanette K. Laughrey on June 13, 2006,  Johnson's Motion to Vacate, Set

Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. # 1] is DENIED.

                                 AT THE DIRECTION OF THE COURT

Dated: June 13, 2006              P.L. BRUNE_____

                                 Clerk

                                 s/ RENEA KANIES_____
                                 By: Renea Kanies, Courtroom Deputy